IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CONRAAD HOEVER,

    Plaintiff,

v.                          CASE NO. 4:13cv73-RH/GRJ

MICHAEL CREWS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 20 and the objections, ECF No. 21. I have reviewed de novo the issues raised by the objections.

The report and recommendation correctly concludes that the plaintiff has improperly joined claims and defendants. The plaintiff has been given adequate opportunity to amend his complaint to conform with the Federal Rules of Civil Procedure. The plaintiff has doggedly refused to do so.

Even in response to the report and recommendation, the plaintiff has not identified a claim he wishes to pursue; he still seeks to pursue a hodgepodge of

unrelated claims against multiple defendants.  At some point, after a plaintiff repeatedly refuses to comply with the governing rules and the court's orders, dismissal becomes appropriate.  The plaintiff has passed that point here.

For these reasons and those set out in the report and recommendation,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The complaint is dismissed without prejudice."  The clerk must close the file.

SO ORDERED on April 25, 2014.

                                       s/Robert L. Hinkle
                                       United States District Judge